IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| HERRIMAN CITY, a municipality, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>SHERRIE SWENSEN, as Salt Lake County Clerk; and GARY R. HERBERT, as Lieutenant Governor of the State of Utah,<br><br>    Defendants. | MEMORANDUM DECISION AND ORDER GRANTING MOTION FOR PERMISSIVE INTERVENTION<br><br><br><br>Case No. 2:07-CV-711 TS |

Pursuant to Fed.R.Civ.P. 24(b) and the Stipulation of the parties[1] the Proposed Intervenors Motion for Permissive Intervention (Docket No. 39) is GRANTED.

DATED   December 28, 2007.

BY THE COURT:

_____
TED STEWART
United States District Judge

---

[1] Docket No. 48.

1